IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-90-1H

UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )
                              )           **ORDER**
                              )
ANTONIO RODRIGUEZ GOMEZ,      )
        Defendant.            )

This matter is before the court on defendant's letter, which this court construes as a motion for a modification of his sentence and appointment of counsel. The defendant seeks a reduction in sentence under the "Fast Track" program. While the Fast Track program has been extended to more states, the program remains a matter of prosecutorial discretion and is implemented prior to the arraignment of a defendant. The court has no authority to use this program to alter a sentence after judgment has been entered. Therefore, defendant's motion [DE #32] is DENIED.

This 21st day of May 2012.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26